# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1711

_____

Ikechi Kallys Albert,                          *
                                               *
          Appellant,                           *
                                               *   Appeal from the United States
     v.                                        *   District Court for the
                                               *   District of Minnesota.
Dakota Communities, Inc.; Kevin                *
Hondl, White Male, Program Director;           *   [UNPUBLISHED]
Lori Kingston, White Female, Vice              *
President of Human Resources; Lisa             *
Math, White Female, Program Director;          *
Elizabeth Warner, White Female,                *
Employee,                                      *
                                               *
          Appellees.                           *


_____

Submitted: August 20, 2009
Filed:  August 28, 2009
_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Ikechi Kallys Albert appeals the district court's[1] adverse grant of summary judgment in his action asserting employment discrimination, retaliation, and state law claims. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Albert, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we deny Albert's pending motions and we affirm. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.